IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Anthony Angelo, individually, and
as a parent and natural guardian
of Sara Angelo                          )
              Plaintiff      )
                                        )
vs                                      ) Civil No. 00-871
                                        )
General Motors Corp.                    )
              Defendant      )

ORDER OF COURT

AND NOW, to wit, this 30th day of May, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the case impounded in the Office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

The case is to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded case shall file a request with the Clerk with notification to all parties. This case is to remain sealed for the next 10 years.

Documents: 1 through 14

Donetta Ambrose
U.S. District Judge